# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>        Plaintiff,<br>v.<br><br>JULIA PORTER, et al<br><br>        Defendants. | **CASE NO: 20-cv-3109** |
| LARRY KLAYMAN<br><br>        Plaintiff,<br>v.<br><br>ANNA BLACKBURNE RIGSBY, et al<br><br>        Defendants. | **CASE NO: 21-cv-409** |
| LARRY KLAYMAN<br><br>        Plaintiff,<br>v.<br><br>MATTHEW KAISER, et al<br><br>        Defendants. | **CASE NO: 21-cv-727** |

# **PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRESPONDENCE WITH HON. BERYL HOWELL**

Plaintiff Larry Klayman ("Mr. Klayman") hereby respectfully moves for leave to file the attached correspondence with the Honorable Beryl Howell, <u>Exhibit 1</u>, onto the record. Mr. Klayman has asked each of these Courts as to how these cases came to be assigned to them, and has not been given any response. Mr. Klayman deserves and requires direct responses, and respectfully requests that either the individual Courts or Chief Judge Howell provide those responses in the interests of furthering his rights to a fair and impartial adjudication of his claims.

Date: March 30, 2021                             Respectfully submitted,

                                              */s/ Larry Klayman*
                                             Larry Klayman
                                             7050 W. Palmetto Park Rd
                                             Boca Raton, FL, 33433
                                             Tel: (561)-558-5336
                                             Email: leklayman@gmail.com

                                             Plaintiff Pro Se

# CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, March 30, 2021 a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing.

*/s/ Larry Klayman*_____
Larry Klayman
