**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LARRY KLAYMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATTHEW KAISER, JULIA PORTER, )<br>HAMILTON P. FOX, III, LAWRENCE K. )<br>BLOOM, JOHN DOES 1 TO 5, )<br>)<br>Defendants. ) | Case No. 1:21-cv-00727-ABJ |

## NOTICE OF ORDER IN CASE NO. 20-CV-3109

On May 7, 2021, this Court entered a minute order staying this case pending a ruling on Defendants' Motion for an Injunction Against Vexatious Litigation in *Klayman v. Porter*, No. 20-cv-03109, a matter which was then pending before Judge Dabney L. Friedrich. The Court's minute order requires Defendants to notify the Court of any ruling on the motion in Case No. 20-cv-3109 within three business days.

On July 27, 2021, Case No. 20-cv-3109 was reassigned to Judge Reggie B. Walton. *See* Reassignment of Civil Case, *Klayman v. Porter*, No. 20-cv-03109, ECF No. 54 (D.D.C. July 27, 2021). On September 24, Judge Walton issued an order denying all pending motions without prejudice, including the Motion for an Injunction Against Vexatious Litigation, and setting a status conference for October 29, 2021, during which "the parties shall advise the Court as to their respective priorities for resolution of the pending motions." Order, *Klayman v. Porter*, No. 20-cv-03109, ECF No. 56 (D.D.C. Sept. 24, 2021). Judge Walton will then "reinstate the motions as needed in the order in which they will be resolved." *Id.*

Dated: September 28, 2021                     Respectfully submitted,

/s/ Benjamin B. Klubes
Benjamin B. Klubes (Bar No. 428852)
Preston Burton (Bar No. 426378)
Buckley LLP
2001 M Street, NW, Suite 500
Washington, D.C. 20036
(202) 349-8000
bklubes@buckleyfirm.com
pburton@buckleyfirm.com

*Counsel for Matthew Kaiser*